■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRENDA L. RABIDEAU, Appellant. [996 NYS2d 201]—Appeal from a judgment of the County Court of Clinton County (Ryan, J.), rendered January 15, 2014, convicting defendant upon her plea

of guilty of the crime of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts).

Judgment affirmed. No opinion.

Peters, P.J., Stein, McCarthy, Devine and Clark, JJ., concur. Ordered that the judgment is affirmed.